156 A.3d 172

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. TARON ANTHONY HILL (A/K/A P–NUT AND TARON G. HILL), DEFENDANT–PETITIONER.

November 9, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003415–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.